No. 431. PARMELEE TRANSPORTATION CO. *v.* KEESHIN ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Lee A. Freeman, Thomas C. McConnell, Herbert B. Lazarus* and *John Paul Stevens* for petitioner. *Edward R. Johnston, Albert E. Jenner, Jr., Philip W. Tone, Albert J. Meserow* and *Amos M. Mathews* for respondents.

No. 455. ALLEN ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE WHITTAKER is of the opinion that certiorari should be granted. *John D. M. Hamilton* and *Ben S. Wendelken* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *L. W. Post* for the United States.

No. 379, Misc. TORRES *v.* DELGADO, WARDEN. C. A. 1st Cir. Certiorari denied. *Santos P. Amadeo* and *Gerardo Ortiz del Rivero* for petitioner. *J. B. Fernandez Badillo,* Solicitor General of Puerto Rico, and *Arturo Estrella,* Deputy Solicitor General, for respondent.

No. 466, Misc. GLASS *v.* MISSOURI PACIFIC RAILROAD CO. Court of Civil Appeals of Texas, Fourth Supreme Judicial District. Certiorari denied. *Floyd McGowan, Jr.* and *John P. Spiller* for petitioner. *Josh H. Groce* for respondent.

No. 89, Misc. ESTELLE *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 449, Misc. JAMES *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.